# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RAYMUNDO VELAZQUEZ MARTINEZ,

    Petitioner,

v.                                        No. 2:26-cv-01195-MLG-JFR

TODD BLANCHE, Acting U.S. Attorney General, et. al,

    Respondents.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Pro Se Petitioner Raymundo Velazquez Martinez filed a Motion to Proceed In Forma Pauperis. *See* Doc. 2. Under penalty of perjury, Velazquez Martinez attests he has no income and does not have access to financial resources sufficient to pay the filing fee. *Id.* at 1. After reviewing the Motion, the Court determines that Velazquez Martinez has successfully established that he is unable to prepay the required filing fee. *See* 28 U.S.C. § 1915(a)(1). Velazquez Martinez's request to proceed in forma pauperis is hereby granted. Velazquez Martinez shall be excused from prepaying filing fees and costs.

It is so ordered.

                                                  _____

                                            UNITED STATES DISTRICT JUDGE
                                            MATTHEW L. GARCIA